FILED
SEP 2 7 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 4:23CR510 SRC/NCC |
| ) | |
| JOEMARIUS GREEN, and ) | |
| CHANTEL ROBINSON, ) | |
| ) | |
| ) | |
| Defendants. ) | |
| ) | |

### INDICTMENT

### COUNT I
(Sex Trafficking of a Minor)

The Grand Jury charges that:

From an unknown date, but by at least January 5, 2023, through February 16, 2023, within the Eastern District of Missouri, and elsewhere, the defendants,

**JOEMARIUS GREEN, and
CHANTEL ROBINSON,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit Minor A with knowledge that Minor A was under the age of 18 years old and that Minor A would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), 1594(a), 1594(c), and 2.

1

## COUNT II
### (Sex Trafficking of a Minor)

The Grand Jury further charges that:

From an unknown date, but by at least January 5, 2023, through February 16, 2023, within the Eastern District of Missouri, and elsewhere, the defendants,

**JOEMARIUS GREEN, and
CHANTEL ROBINSON,**

did knowingly recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit Minor D with knowledge that Minor D was under the age of 18 years old and that Minor D would be caused to engage in a commercial sex act.

All in violation of Title 18, United States Code, Sections 1591(a), 1591(b)(2), 1594(a), 1594(c), and 2.

## COUNT III
### (Transportation of Minors)

The Grand Jury further charges that:

On or about February 16, 2023, within the Eastern District of Missouri, and elsewhere, the defendants,

**JOEMARIUS GREEN, and
CHANTEL ROBINSON,**

did knowingly transport an individual (Minor A) who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, prostitution, which was a criminal offense under Missouri Rev. Stat. 567.070.

All in violation of Title 18, United States Code, Section 2423(a), 2423(e), and 2.

## COUNT IV
### (Transportation of Minors)

The Grand Jury further charges that:

On or about February 16, 2023, within the Eastern District of Missouri, and elsewhere, the defendants,

**JOEMARIUS GREEN, and
CHANTEL ROBINSON,**

did knowingly transport an individual (Minor D) who had not attained the age of 18 years in interstate and foreign commerce, with intent that the individual engage in sexual activity for which any person can be charged with a criminal offense, namely, prostitution, which was a criminal offense under Missouri Rev. Stat. 567.070.

All in violation of Title 18, United States Code, Section 2423(a), 2423(e), and 2.

## FORFEITURE ALLEGATION

The Grand Jury further finds by probable cause that:

1.  Pursuant to Title 18, United States Code, Section 2253, upon conviction of an offense in violation of Title 18, United States Code, Section 2423 as set forth above, the defendant shall forfeit to the United States of America: any visual depiction as described in Sections 2251, 2251A, 2252, 2252A or 2260 of Title 18, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of Chapter 110 of Title 18; any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offense; and any property, real or personal, used or intended to be used to commit or to promote the commission of such offense or any property traceable to such property.

3

2. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty,

the United States of America will be entitled to the forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p).

                                                      A TRUE BILL.

                                                       _____

                                                       FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
DIANNA R. COLLINS, 59641MO
Assistant United States Attorney